UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,          :     17-Cr-511 (SHS)

       -against-                           :

BRITAIN KELLY,                      :     ORDER

               Defendant(s).          :

------------------------------------------------------------------x

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/20/19*

SIDNEY H. STEIN, U.S. District Judge:

       IT IS HEREBY ORDERED that attorney Neil B. Checkman is reappointed to represent the defendant pursuant to the Criminal Justice Act *nunc pro tunc* to October 2, 2019, for the purpose of his resentencing.

Dated: New York, New York
       December 20, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.