UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRITAIN KELLY, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a status conference on December 26, 2023, at 12:00 p.m. in Courtroom 23A regarding U.S.P.O Rosero's December 20, 2023, report.

Dated: New York, New York
       December 20, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.