UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRITAIN KELLY, | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that attorney Neil B. Checkman is appointed to continue his representation of defendant Britain Kelly pursuant to the Criminal Justice Act regarding U.S. Probation Officer Karen Rosero's December 20, 2023, report.

Dated: New York, New York
         December 21, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.